In re BANZAI MFG. CO. (Circuit Court of Appeals, Second Circuit. March 7, 1910.) Petition to Review Order of the District Court of the United States for the Southern District of New York. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. Motion for leave to file nunc pro tunc is granted. The case is within the exception noted in Re Brown (October 12, 1909; C. C. A.) 174 Fed. 339.

---

CHAPMAN v. YELLOW POPLAR LUMBER CO. et al. (Circuit Court of Appeals, Fourth Circuit. March 16, 1910.) No. 826. On Motion to Correct Decision Denied. J. F. Bullitt, for the motion. John H. Holt and John F. Hager, opposed. Before PRITCHARD, Circuit Judge, and BOYD and DAYTON, District Judges.

PER CURIAM. This is a motion filed for the purpose of having the decree of the court filed herein on February 13, 1909 (see 169 Fed. 81, 94 C. C. A. 452), amended. An examination of the pleadings filed in the cause shows that the complaint only declared for the trees that had been actually taken and used by the defendant company, and the opinion and decree of this court are in accordance therewith. It is now insisted that the decree should have also provided for a recovery on account of the trees that were permitted to be used by others while in the possession of the defendant. Neither the original or bill of revivor and supplement state facts upon which a recovery of the amount now claimed could be had in this proceeding. The motion is denied without prejudice.

---

DARDEN et al. v. KIRBY LUMBER CO. et al. (Circuit Court of Appeals, Fifth Circuit. May 16, 1910.) No. 2,023. In Error to the Circuit Court of the United States for the Eastern District of Texas. W. D. Gordon, Presley K. Ewing, and Jno. L. Little, for plaintiffs in error. Thos. B. Greenwood and Oswald S. Parker, for defendants in error. Before PARDEE and SHELBY, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. The judgment of the Circuit Court is affirmed.

---

EASTERN PAPER BAG CO. v. CONTINENTAL PAPER BAG CO. (Circuit Court of Appeals, First Circuit. April 26, 1910.) No. 863. Appeal from the Circuit Court of the United States for the District of Maine. Samuel R. Betts and Francis T. Chambers (James J. Cosgrove, on the brief), for appellant. Albert H. Walker, for appellee. Before COLT and LOWELL, Circuit Judges, and ALDRICH, District Judge.

PER CURIAM. We have examined the carefully drawn opinion of the learned judge sitting in the Circuit Court (175 Fed. 101). With its conclusions we agree, and we find nothing material to add to its reasoning. The decree of the Circuit Court is affirmed, and the appellee recovers its costs of appeal.